**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Randell Adams v. Kimberly McCray Adams

Appellate case number:     01-17-00305-CV

Trial court case number:   79412-f

Trial court:                       300th District Court of Brazoria County

Appellant Randell Adams has filed an emergency motion to review the excessiveness of the supersedeas bond. Adams had originally posted a cash deposit in the amount of $450.00, but by order signed April 28, 2017, the trial court found that amount was insufficient and ordered the amount of the supersedeas bond set at $32,426.47, with a remaining balance of $31,976.47.

We grant the emergency motion to review the excessiveness of the supersedeas bond in part, holding that the amount set by the trial court is excessive. *See In re Nalle Plastics Family Ltd. P'ship*, 406 S.W.3d 168, 176 (Tex. 2013). We set the supersedeas bond at $450.00. *See* TEX. R. APP. P. 24.4(c), (d).

All other relief requested in the motion is denied.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                            X  Acting individually     ☐ Acting for the Court


Date:  June 2, 2017